SMS
F. #2025R00254

**1:26-cr-00090 (NGG)(JAM)**
**Judge Nicholas G. Garaufis**
**Judge Joseph A. Marutollo**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ERWIN BANKOWSKI and
KAROLINA BANKOWSKA,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. _____-_____ (_____)

**\*\*FILED\*\***

*9:23 am, Apr 14, 2026*

U.S. DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendants ERWIN BANKOWSKI's and KAROLINA BANKOWSKA's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:     Brooklyn, New York
           April 14, 2026

                         JOSEPH NOCELLA, JR.
                         United States Attorney
                         Eastern District of New York
                         271 Cadman Plaza East
                         Brooklyn, New York 11201

By:    _____
                         Sean M. Sherman
                         Assistant United States Attorney
                         (718) 254-6262

Cc:    Clerk of the Court
        Jeffrey Chabrowe, Esq.
        Todd A. Spodek, Esq.