UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

THE UNITED STATES OF AMERICA

**CASE NO.:** 1:26-cr-00090

- against -

**APPEARANCE
OF COUNSEL**

**KAROLINA BANKOWSKA**


                                        Defendant.
-------------------------------------------------------------------X

TO:    The Clerk of Court and all parties of record I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for **KAROLINA BANKOWSKA.**

Dated:        New York, NY
              April 14, 2026


                                    /S/_____
                                    Todd A. Spodek
                                    Spodek Law Group, P.C.
                                    The Woolworth Building
                                    233 Broadway, Suite 710
                                    New York, NY 10279
                                    Mobile: (347) 292-8633
                                    Office: (212) 300-5196
                                    Fax: (212) 300-6371
                                    ts@spodeklawgroup.com

    TO:    All Counsel (By ECF).